Order filed April 2, 2020



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00118-CV
_____

**ERMA L. WILKINS AND ALL OTHER OCCUPANTS OF 16914 SQUARE RIGGER LN., FRIENDSWOOD, TX. 77546, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2004-HE2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-HE2 ITS SUCCESSORS AND/OR ASSIGNS, Appellees**

---

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1145541**

---

## O R D E R

Appellants' brief was due March 4, 2020. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **May 4, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Jewell and Spain.